**Order entered October 26, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00672-CR

### RIGOBERTO MENDEZ CARRILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-00405-M

## ORDER

Before the Court is appellant's October 24, 2017 motion for extension of time to file appellant's brief. In the motion, he states there are a number of exhibits missing from the reporter's record and that these exhibits are needed in order to complete his brief.

The reporter's record was filed September 25, 2017. According to the reporter's record, the State offered and the trial court admitted exhibits 1-8, 9, 10-21, and 24-41, all of which are on file at the Court. Nothing in the record indicates that exhibits marked 22 and 23 were offered or admitted. Thus, it appears that the reporter's record on file in the Court is complete.

We **GRANT** appellant's motion to the extent he requests additional time in which to file his brief. We **ORDER** appellant's brief filed within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE